IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GROVER BRANTLEY,<br>    TDCJ-CID NO. 1074422,<br>        Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION H-06-2620 |
| SGT. SHUAPACK, *et al.*,<br>        Defendants. | §<br>§<br>§ | |

ORDER OF DISMISSAL

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice, under 28 U.S.C. § 1915A and 42 U.S.C. § 1997(e).

The Clerk will provide a copy of this Order to the plaintiff.

Signed at Houston, Texas, this 21st day of September, 2006.


MELINDA HARMON
UNITED STATES DISTRICT JUDGE